# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Rukhsanah L. Singh |
| v. | : | Magistrate. No. 24-MJ-14025 (RLS) |
| JOSHUA COBB | : | **CRIMINAL COMPLAINT** |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### SEE ATTACHMENT A

I further state that I am a Special Agent of the Federal Bureau of Investigation, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

_____
John Luke Reese, Special Agent
Federal Bureau of Investigation

Special Agent Reese attested to this affidavit by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A).

5/9/2024      at         Trenton, New Jersey
Date                     City and State

HONORABLE RUKHSANAH L. SINGH
United States Magistrate Judge              _____
Name and Title of Judicial Officer          Signature of Judicial Officer

**RECEIVED**

MAY -9 2024

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

## ATTACHMENT A
(Transmitting Threat in Interstate and Foreign Commerce)

On or about December 17, 2022, in the District of New Jersey and elsewhere, defendant

## JOSHUA COBB

knowingly transmitted in interstate and foreign commerce communications containing a threat to injure the persons of another.

In violation of Title 18, United States Code, Section 875(c).

## ATTACHMENT B

I, John Luke Reese, am a Special Agent with the Federal Bureau of Investigation ("FBI"). I am fully familiar with the facts set forth herein based upon briefings with other law enforcement officers. Because this complaint is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. I have only set forth facts that I believe are necessary to establish probable cause. Unless specifically indicated, all conversations and statements described in this affidavit are related in substance and in part. Dates of events are asserted as having occurred on or about the asserted date.

### *The December 17, 2022 Social Media Post*

1. On or about December 17, 2022, a user on a social media platform ("SMP-1")¹ operating the handle "NearbyUser101," later determined to be the defendant Joshua Cobb ("COBB"), posted a message that read in pertinent part:

> I want to cause mayhem on the white community. The reason i specifically want to target white people is because as a black male, they will NEVER understand my struggles. Same way I will never understand their struggles, but I don't care to. I want to erase them. All of them really, but in this case as many as I possibly can. As of today I have officially began planning my attack. It is going to take place in 2023 in the state of New Jersey, I have not chosen a exact date but I am going to be sure it is close to an important holiday to their race. I have a location in mind already which I have frequented for the past year and I am certain nobody there is armed to be able to stop me from spraying them to the ground. I have already acquired 2 of the 4 firearms I plan to use for my attack, and I also know my entry and exit points already after the mayhem.

2. Law enforcement's investigation revealed that the SMP-1 handle "NearbyUser101" was associated with the email address c****b****595@gmail.com (the "CB 595 Email Account") and accessed from an Internet Protocol ("IP") address ("IP Address 1"), which was associated with an address in Trenton, New Jersey where COBB resided (the "Trenton Address").

---

¹ SMP-1 is a U.S.-based social news aggregation, content rating, and forum social network where posts are organized by subjects into user-created boards. Registered users submit content to the site such as links, text posts, images, and videos, which are then voted up or down by other members, with those receiving enough upvotes placed on the site's front page. SMP-1 operates in interstate and foreign commerce.

3. According to U.S. Marine Corps ("USMC") records, COBB attended basic training in South Carolina from on or about June 20, 2023 to on or about October 16, 2023. COBB listed his home address as the Trenton Address.

4. The CB 595 Email Account was created on or about June 15, 2022, using a device that accessed the Internet through IP Address 1. Additionally, the CB 595 Email Account was the sole e-mail address associated with Google ID 7*********442 ("Google ID 442") and was accessed via the following IP addresses on the following dates:

   a. twice on or about May 28, 2023, via IP Address 1;
   b. twice on or about September 17, 2023, via a second IP address ("IP Address 2"), which was also associated with the Trenton Address; and
   c. once on or about September 20, 2023, via IP Address 2.

5. According to USMC records, COBB was on leave from basic training between on or about September 16, 2023 to on or about September 24, 2023, which covered the period of time when the CB 595 Email Account was accessed from IP Address 2 at the Trenton Address.

6. The CB 595 Email Account was the sole email address associated with the Soundcloud[2] account "1dayUsuffer." Soundcloud records showed that a device accessed the "1dayUsuffer" account on or about February 6, 2024, via a third IP address ("IP Address 3"). According to USMC records, COBB arrived for duty at Marine Corps Air-Ground Combat Center, in Twentynine Palms, California ("MCAGCC Twentynine Palms") on or about February 2, 2024. Law enforcement's investigation determined that IP Address 3 is located in Twentynine Palms, California.

7. Records for the TikTok account cobbx (the "cobbx TikTok Account") revealed that the email address associated with the cobbx TikTok Account is j*****c***72@gmail.com (the "JC 72 Email Account"). According to USMC records, COBB provided his email address as the JC 72 Email Account. Additionally, a device accessed the cobbx TikTok Account on or about March 20, 2024 via IP Address 3, located in Twentynine Palms, California.

---

[2] Soundcloud is an audio streaming service which allows its users to upload, promote, and share audio.

3

### *The 2023 Social Media Posts*

8.  Between in or around February 2023 and in or around May 2023, a person with username "1dayUsuffer" posted several messages on another social media platform ("SMP-2)[3] regarding his desire to commit acts of violence. This username, "1dayUsuffer," mirrors the username for the Soundcloud account discussed above. As detailed below, certain posts from the SMP-2 "1dayUsuffer" account contained personal information regarding COBB and his family members, further demonstrating that COBB was the individual posting from that username.

9.  The posts from the SMP-2 "1dayUsuffer" account included the following:

    a.  On or about February 24, 2023, COBB posted, "I was originally a [SMP-1 poster] until I got banned this past Monday haha."

    b.  On or about February 24, 2023, COBB posted critiques of federal gun laws, stating that it was easier for a felon to get a gun than for a law-abiding citizen, stating, "my [a relative of COBB's] just got out of prison for heroin charges and firearm charges yet he already has 3 pistols again."

    c.  On or about February 26, 2023, COBB posted, "more times than not I have my ccw [carry concealed weapon] on me."

    d.  On or about March 15, 2023, COBB posted, "Ahhh cmon, imagine the rush you'd feel while shooting some shit up. Probably could get literally high off the adrenaline alone. I'd probably OD [overdose] on my own adrenaline after the 10th body goes down."

    e.  On or about May 29, 2023, COBB posted:

        - "Fuck those animals [cats]. My favorite weapon to kill them with is my crossbow. I use broadhead tips and send it straight to through their brains. Last cat I got hit him/her right in the eye and that shit was on the floor. Very bloody scene and I loved it. I dont take pictures with my phone but the images remain in my brain."

---

[3] SMP-2 was previously part of SMP-1 and was dedicated to uploading media depicting real-life deaths of people, such as workplace accidents, vehicular manslaughter, gun violence, suicides, and various forms of homicide. After being banned by SMP-1 in 2019, SMP-2 became an independent forum where members can post messages and upload content, which is then voted up or down by other members, with those receiving the most upvotes placed on the site's front page.

4

- "No documented history but I definitely have problems but I refuse to get evaluated because I will lose my firearms license here in America. Not to mention, pretty much every single person in my family tree clearly shows signs of multiple different mental illnesses & I had 3 aunts who were diagnosed Schizophrenics, so do as you will with that information. 3: That and the adrenaline rush is nice because I'm a depressed lonely piece of shit loser with nothing to live for so watching people get fucking MERKED [killed] gives me some excitement. 4: 100% someday. Just not yet though. I want to continue training and buying more ammunition."

- "Tbh [to be honest] I hope I do progress into a serial killer because I fucking hate life man... But one day everyone will suffer. I promise I will make everyone feel my fucking pain. My deep, sincere, raw, & sharp pain."

- "Nobody wahts [sic] too acknowledge that us young men in America have so many obstacles stacked against us we cannot excel no matter how hard we try. Especially those like myself who are BLACK & come from poverty. There is no way out for me. The only way out is bloodshed. Thats success in @1dayUsuffer's eyes."

- "So you think @1dayUsuffer's family did nothing too [sic] assist @1dayUsuffer in getting too [sic] this point? Lmao [laughing my a** off]. This is why bro. Just wait man. Remember @1dayUsuffer's username. @1dayUsuffer will leave clues when im done."

- "No expectations buddy. I'm just leaving evidence for whoever investigates my case."

5

## *April 2024 Search of COBB's Cell Phone*

10.     On or about April 3, 2024, law enforcement lawfully seized COBB's iPhone (the "Cobb iPhone"). A search of Cobb's iPhone revealed several entries in the "Notes" section from in or around March 2023 and April 2023. The entries are as follows:

| | |
|---|---|
| **Created:**<br>3/16/2023<br>1:57:13 PM(UTC+0)<br>**Modified:**<br>3/17/2023<br>1:41:34 PM(UTC+0) | **Title:** Life is nothing.<br>**Summary:** and it is meaningless....I fucking hate all of you soft ass fucking people. You all are so fucking fake. You all try to play the part and confide to this stupid ass game. Who can be the fakest? I see it all day long. Fake interactions people putting on thei<br>**Source:** Notes<br>**Labels:**<br>**Body:** Life is nothing.<br><br>and it is meaningless... I fucking hate all of you soft ass fucking people. You all are so fucking fake. You all try to play the part and confide to this stupid ass game. Who can be the fakest? I see it all day long. Fake interactions people putting on their fake happy voices when they know deep inside they are screaming.... Why not be true and let the scream out? Why hide it? Its all a fucking game and you all are going to die. I currently lack the means necessary to kill as many as I intend to but one day I will have the available resources (finance) to purchase the appropriate weaponary for my killing(s).<br>All my life I have ben doubyed.... ive been taken as the joke... ive been fucked arfound with...... well now its my turn. I am going to kill one of you motherfuckers I fucking hate humanity. All of you fucking duck and I dont give a single fuck about any of you though it may appear I do. People ACT like they care for you. All of their care is conditional. The moment you do one thing against their conditions they no longer care... so the question becomes, did they care in the first place? Here ill answer that for you.. NO.<br><br>Its all fucing fake and I am sick of it. Im ready to gti to the good part of my story where I start taking you motherfuckers out and killing you all. Ive been doomed to a life of lies and darkness I may as well see it through. This is my 2nd of many writings to come. My rampage will soon happen.... I plan to now continue accumulating the necessary equipment needed to execute. Once all equipment is in, time will then tell. You all will die.<br><br>1Day1/Suffer |

6

| Created:<br>3/20/2023<br>7:05:18 AM(UTC+0)<br>Modified:<br>3/20/2023<br>7:22:00 AM(UTC+0) | **Title:** For all of my life, all that I can remember I've been the outcast...<br>**Summary:** , I've been ignored, I've been left out, I've been forgotten, I've been excluded.<br>**Source:** Notes<br>**Labels:**<br>**Body:** For all of my life, all that I can remember I've been the outcast..I've been ignored, I've been left out, I've been forgotten, I've been excluded.<br><br>As of recent I have began to accept this dark reality for myself.<br><br>Nobody wants or appreciates my company. And that is okay with me. I will want and appreciate my own company.<br><br>I no longer seek the companionships of other humans. There comes a point where you realize you just literally do not matter to other(certain) people. I hate all of this shit and I feel like my only way out of the pain and suffering is by exploding. So I await... I await a day where my rage is tested. I await that moment so I can make those moments final. For whomever... myself or a victim. |
|---|---|
| Created:<br>4/18/2023<br>7:11:05 PM(UTC+0)<br>Modified:<br>4/20/2023<br>8:56:54 PM(UTC+0) | **Title:** How to bring firearms into New Jersey.<br>**Summary:** Purchase A PO box at the nearest shipping destination in PA.<br>**Source:** Notes<br>**Labels:**<br>**Body:** How to bring firearms into New Jersey.<br><br>Purchase A PO box at the nearest shipping destination in PA.<br><br>Check website and ensure that they will ship to firearms to a PO Box address.<br>Purchase firearm & pick up upon its arrival.<br><br>[UPDATE 04/20/23] This method actually works & can be done even easier through amazon<br>**Parties:**<br>**Source file:**<br>H[acke]/mobile/Containers/Shared/AppGroup/group.com.apple.notes/NoteStore.sqlite : 0x5CCA48 (Table: ZICCLOUDSYNCINGOBJECT, ZICNOTEDATA: Size: 6209536 bytes) |

7

### *April 2024 Interview of COBB*

11.     Following the seizure of Cobb's iPhone, FBI agents lawfully interviewed COBB on base at MCAGCC Twentynine Palms (the "Cobb Interview"). During the recorded Cobb Interview, COBB admitted to authoring the above-described posts on both SMP-1 and SMP-2.

12.     During the Cobb Interview, COBB provided detailed information on three locations he chose as possible targets for his attack (referenced in the 2022 SMP-1 post), including the best time and information for his entry and exit plans based on his research and surveillance of the locations. Additionally, COBB said that he continued to have homicidal ideations and still harbored feelings of contempt towards those whom he perceived as privileged white people in New Jersey. The following are excerpts from the Cobb Interview:

> I wanted the world to feel what I was feeling... I got to a place where I got enlightened.... I had a few [plans]... This is so bad... I had a few. I'm big in fitness, I always worked out... I'm in gyms a lot, so what I was thinking back then was that... gyms are really crowded around 5pm. If I was ever to do something, I'd go to the gym after work hours, prop open... A specific gym I'm thinking of is Jersey Strong,[4] that's a great gym... There's a back door that high schoolers sneak in or whatever, my whole idea was like if I prop that B open, park back there cause the parking lot wraps around, just have my car right there ready to go, not even turned off... When I would fantasize about these things, I would get very detailed, it's kinda bad... but yeah, just have the have the car running, do a workout, but then towards the end of it, you know, go to the car, let off whatever and then just take off and then at that point go like AWOL, go to like a different country or something. That was one idea."

> I had another one where it was like a grocery store because obviously a grocery store is like almost always crowded. Specifically this is where the white thing gets in because that's where I was feeling I wanted to hit like a specific... hit a specific grocery store that was in Robbinsville cause it was like one of them grocery stores like where you just see all these fucking rich-ass white people and they're like .... and honestly I still feel this way because it is a true thing because most people who are on the wealthier end spectrum, they don't understand the spectrum, they're not living, they don't know what it's like to like be in a bad spot. I'm sure they have their own version of a bad spot, but it ain't nothing like someone from the other side's bad spot it. So my thing was to like bring

---

[4] Although COBB did not specify the location of this gym, there is a Jersey Strong gym in Robbinsville, New Jersey, which is the same area COBB references in his later statements.

the pain to them, you know, if was just like … there was one grocery store, pretty sure it was Aldi's, it was in Robbinsville which is a very nice place in Jersey… Same thing as Payton [Gendron][5] did, just pop out type deal…

And then like the other idea was like… it was just go into like a rich white area and just like start shooting. That was like all my little ideologies.

13. During the Cobb Interview, COBB discussed other mass shooters, stating that he had watched Nikolas Cruz's[6] videos and "felt a connection" with Cruz and "felt his pain." In discussing Payton Gendron, COBB stated that he "liked his attack, liked the element of surprise and style."

14. During the Cobb Interview, COBB also discussed his access to weapons, stating:

Specifically, my boy. . . he got a lot of guns. He got access to guns, it's no secret guns are in bad areas and he knows a lot of people… through him really. He gave me a couple actually, I don't have them to this day, I got rid of that shit.

15. COBB also stated that he knew an individual who could print 3D guns, stating:

. . . knew how to like 3D print shit, he would make a fucking, it would not take long, he could literally make a frame for any pistol, any gun you can imagine, he'd make a frame for it and all you'd have to do is fucking put the parts, you could buy the parts, you don't need a license for it, you can buy it piece by piece, and then just literally assemble a homemade gun, so I had a few like that.

16. COBB also stated that he had a relative who legally owned firearms, stating: "So I had access to guns, to this day, I do."

17. Furthermore, upon COBB being advised that the FBI was seizing his cellphone based on a search warrant, COBB became irate and

---

[5] Payton Gendron murdered 10 individuals in a racially-motivated attack at a Tops Supermarket in Buffalo, New York on or about May 14, 2022. Gendron was armed with a rifle modified to accept high-capacity magazines and was wearing body armor and a military helmet.

[6] Nikolas Cruz murdered 17 individuals at a high school in Parkland, Florida on or about February 14, 2018.

spontaneously uttered "these are the things that make someone want to do the things we talked about."

18. Following the Cobb Interview, COBB expressed extreme anger about his circumstances to another USMC member, stating (in substance): "this is why people like me shoot people."

19. COBB indicated to the USMC that upon his discharge, scheduled for on or about May 10, 2024, he planned to reside at the Trenton Address.

10