# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>JOSHUA COBB<br>*Defendant* | Case No.   24-mj-14025 (RLS) |

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __13th__ day of __May__, 2024,

ORDERED that __Tatiana Nnaji__ from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Rukhsanah L. Singh, U.S.M.J.

**RECEIVED**

MAY 13, 2024

AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ