RECEIVED

MAY 13 2024

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DN

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 24-14025 |
| v. | : | Hon. Rukhsanah L. Singh |
| JOSHUA COBB | : | <u>DETENTION ORDER</u> |

This matter having been opened to the Court on motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Vera Varshavsky, Assistant United States Attorney, appearing), in the presence of Tatiana Nnaji, attorney for defendant, for an order pursuant to Title 18, United States Code, Section 3143(a) to detain defendant without bail pending a bail hearing scheduled for May 17, 2024 in the above-entitled matter, and for good cause shown:

IT IS, therefore, on this 13th day of May, 2024,

ORDERED, pursuant to Title 18, United States Code, Section 3143(a)(2), that defendant be committed to the custody of the Attorney General or his authorized representative in the above-entitled matter; and it is further

ORDERED, that defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant without bail pending a bail hearing scheduled for May 17, 2024 is granted.

_____
HONORABLE RUKHSANAH L. SINGH
United States Magistrate Judge